# REQUEST FOR WARRANT ON FILING OF A SUPERSEDING INDICTMENT

1:21-cr-51-07

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned a Superseding Indictment on April 7, 2021, against TAYLOR J. MYRICK, charging the following:

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated: 4/7/2021

_____, AUSA
NICHOLAS W. CHASE
Acting United States Attorney